\*\*AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF            NEVADA

JUDGMENT IN A CIVIL CASE

Steven Earl,

                                2:06-cv-00455-RCJ-LRL

    **Plaintiff(s)/Petitioner**,

      V.

Cheryl Foster, et al.,

    **Defendant(s)/Respondents**, /

\_\_\_\_  **Jury Verdict.** This action came before the jury for a trial by the Court.  The issues have been tried and the jury has rendered it's verdict.

  XX   **Decision by Court.** This action came before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED:** that Plaintiff's action is dismissed for lack of compliance; Judgment is entered for Defendants.


September 26, 2006                             LANCE S. WILSON
     Date                                          Clerk

                                                /s/
                                       Deputy Clerk Andrew Mennear